**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20203-BLOOM/Otazo-Reyes**

ALAN CAMPBELL, derivatively on
behalf of RYDER SYSTEM, INC.,

    Plaintiff,

v.

ROBERT E. SANCHEZ, ART A. GARCIA,
DENNIS C. COOKE, JOHN M. BERRA,
ROBERT J. ECK, ROBERT A. HAGEMANN,
L. PATRICK HASSEY, MICHAEL F. HILTON,
TAMARA L. LUNDGREN, LUIS P. NIETO, JR.,
DAVID G. NORD, ABBIE J. SMITH,
E. FOLLIN SMITH, DMITRI L. STOCKTON,
and HANSEL E. TOOKES, II,

    Defendants,

and

RYDER SYSTEM, INC.,

    Nominal Defendant.
_____/

**ORDER ON JOINT MOTION AND STIPULATION FOR ENTRY OF ORDER**
**HOLDING SHAREHOLDER DERIVATIVE ACTION IN ABEYANCE**

**THIS CAUSE** is before the Court upon the Joint Motion and Stipulation for Entry of Proposed Order Holding Shareholder Derivative Action in Abeyance, ECF No. [25] ("Motion"), filed on July 15, 2022. In the Motion, the parties request that the Court hold the above-captioned derivative action in abeyance pending the final resolution of the related consolidated derivative action, *In re Ryder System, Inc. Stockholder Derivative Litigation*, No. 2020-013618-CA-01, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida ("Consolidated State Derivative Action").

Case No. 21-cv-20203-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [25]**, is **GRANTED**.

2. This action, including any obligation to respond to the complaint or any amended complaint, and all discovery and disclosure obligations under the applicable local and federal rules, is held in abeyance pending a final judgment in the Consolidated State Derivative Action.

3. Any final judgment or dismissal entered in the Consolidated State Derivative Action shall govern the outcome in this case, including the above-captioned action, and the prevailing party or parties in the Consolidated State Derivative Action will be the prevailing party or parties in this case.

4. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

5. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 16, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record